DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6778
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-MJ-70714 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| NICHOLAS MENDOZA HIMAN, | |
| Defendant. | |

    On June 8, 2020, the Court conducted an initial appearance for Nicholas Mendoza Himan, who stands charged by Complaint with possession with intent to distribute or distribution of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii). The defendant has waived his right to a preliminary hearing. *See* Dkt. 9. The parties are engaged in discussions about the possibility of a pre-Indictment resolution to this matter, and the government has produced discovery to the defendant.

    Therefore, the parties hereby stipulate and agree:

    1. The status conference scheduled for September 17, 2020 should be continued to September 30, 2020 at 10:30 a.m. before the duty magistrate judge.

2. The time between September 17, 2020 and September 30, 2020, should be excluded under the Speedy Trial Act because failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED:  September 16, 2020         Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

           /s/
DANIEL PASTOR
Assistant United States Attorney


STEVEN G. KALAR
Federal Public Defender

DATED:  September 16, 2020              /s/
SEVERA KEITH
Counsel for Defendant Nicholas Mendoza Himan

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act) for the period from September 17, 2020, through September 30, 2020, is warranted because failure to exclude time would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b).  18 U.S.C. § 3161(h)(7)(A).

The status conference previously scheduled for September 17, 2020, is continued to September 30, 2020 at 10:30 a.m. before the duty magistrate judge.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 16, 2020

_Virginia K. DeMarchi_
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge